JOHN E. FISCHER, SBN 065792
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" STREET (95811-6909)
P.O. BOX 1319
SACRAMENTO, CA 95812-1319
(916) 446-2300
065792
Attorney Identification
(include State Bar number)

Attorney(s) for: GOLDEN GATE BEVERAGE COMPANY, INC.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE BEVERAGE COMPANY, INC. )<br>)<br>Plaintiff(s) )<br>)<br>v. )<br>DMH INGREDIENTS, INC., et al. )<br>)<br>Defendant(s) )<br>)<br>)<br>_____ ) | NO. CIV. 2:07-CV-02247-FCD-KJM<br><br>STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271 |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: 1/29/08

_____
Attorney(s) for Plaintiff(s)
JOHN E. FISCHER

_____
Attorney(s) for Defendant(s)
WILLIAM A. JENKINS

IT IS SO ORDERED.

DATED: 2/12/08

_____
UNITED STATES DISTRICT COURT JUDGE

Revised: 3/30/01

EDC-16