IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE BEVERAGE COMPANY, INC., | |
| Plaintiff, | No. CIV S-07-2247 FCD KJM |
| vs. | |
| DMH INGREDIENTS, INC., | |
| Defendant. / | ORDER |
| DMH INGREDIENTS, INC., | |
| Third Party Plaintiff, | |
| vs. | |
| LATITUDE LTD., | |
| Third Party Defendant. / | |

      The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly reassign this case to another magistrate judge for any further proceedings which may

1

1 | be appropriate or required, and make the appropriate adjustment in the assignment of civil cases
2 | to compensate for this reassignment.

DATED: 3/24/08

KIMBERLY J. MUELLER
U.S. Magistrate Judge

---

NOTICE

This case is reassigned to **Judge Dale A. Drozd** as the new Magistrate Judge in this case.

DATED: 3/26/08

VICTORIA MINOR

By: _____
Deputy Clerk

golden2247.rec