JOHN E. FISCHER, SBN 065792
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California 95812-1319
Telephone:   (916) 446-2300
Facsimile:   (916) 503-4000
Email:       jfischer@murphyaustin.com

Attorneys for Plaintiff
GOLDEN GATE BEVERAGE COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE BEVERAGE COMPANY, INC.,<br><br>             Plaintiff,<br><br>v.<br><br>DMH INGREDIENTS, INC.,<br><br>             Defendant. | Case No. 2:07-CV-02247-FCD-DAD<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: September 22, 2008               MURPHY AUSTIN ADAMS SCHOENFELD LLP

                                        By: _____
                                            JOHN E. FISCHER
                                            Attorneys for Plaintiff
                                            GOLDEN GATE BEVERAGE COMPANY, INC.

1  Dated: September ___, 2008                ERICKSEN ARBUTHNOT KILDUFF DAY &
2                                            LINDSTROM
3
4                                            By: _____
                                                 WILLIAM A. JENKINS
5                                                Attorneys for Defendant
                                                 DMH INGREDIENTS, INC.